# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RASHAD KAREEM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV413-265 |
| | ) | |
| HOME SOURCE RENTAL, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

Proceeding *pro se*, Rashad Kareem filed a form complaint against Home Source Rental (HSR). Doc. 1. Liberally construed, his complaint appears to seek damages from HSR for having him falsely arrested on theft and conversion charges. *Id.* at 3-4. But Kareem, who lists a non-prison address, *id.* at 5; doc. 10 at 1, also sought leave to file his case *in forma pauperis* (IFP). Doc. 3. Finding his indigency claim suspect, the Court directed him to respond to asset-divulging interrogatories. Doc. 4, *reported at* 2013 WL 6407484.

In response, Kareem filed a new IFP affidavit with *some* additional

information but otherwise ignored interrogatories 2, 4, 5, 6, 7 & 8.[1] Doc. 5. He still insisted that he had no money, yet listed upwards of $2,000 in monthly living expenses plus four dependents, including "grandchildren who depend on *us* for support." *Id.* at 2 (emphasis added). He failed to disclose who makes up "us" (he referenced his wife but disclosed no joint income). *Id.*

Reiterating the fact that filing a case without paying the filing fee is a *privilege*, not a right, *Kareem*, 2013 WL 6407484 at * 2 n. 1; *Day v. Mosley*, 2013 WL 6388483 at * 2 (D.S.C. Dec. 6, 2013), the Court

---

[1] Those interrogatories were:

2. Whether he owns any means of transportation and, if he does not, whether he has regular access to same, as owned by another (including a rental company);

4. Whether he possesses a cellular telephone, TV set, and any home electronics equipment;

5. Whether he has any credit or debit cards;

6. Whether he is the account owner, or has signature power, as to any accounts with a bank or other financial institution.

7. Whether he anticipates any (within the next year) future income.

8. A list of any other cases showing an indigency-based, filing fee reduction or waiver granted by any other court (include the full case name, case number and the name of the court granting same).

Doc. 4 at 5. Note that, to this day, he has failed to acknowledge, let alone specifically answer, these questions. *See* doc. 5, 6, 7 & 10.

concluded that he failed to comply with its order and denied his IFP motion. Doc. 6. It gave him 11 days to pay the $400 filing fee or face a recommendation of dismissal. *Id.* at 2.

Rakeem then filed a "Response" asking the Court to keep this case open "until I am aware of the information you request." Doc. 7 at 1. He then disclosed that his wife, a seventh-grade teacher, "shoulders the unfortunate burden of financial responsibility for our family," *id.*, yet he *still* failed to disclose the amount of that joint income, much less answer Court Interrogatories 2, 4, 5, 6, 7 & 8. Given the level of diction and syntax Kareem deploys, the Court found disingenuous his claim that he is "not aware" of the information requested, yet still not disclosed. So, it advised that his case be dismissed. Doc. 8.

In his "Letter" Objection[2] to the district judge, Kareem denies he was being less than candid and truthful with the Court, and insists he "submitted information repeatedly that I presumed was correct." Doc. 10 at 1. He then filed, for the first time, a mass of personal financial documents, including a joint 2011 federal tax return showing $59,668 in

---

[2] Parties should submit to this Court formal complaints, petitions, motions, briefs, and Fed. R. Civ. P. 72(b)(2) Objections, *not* letters. Letters can get lost, while complaints, motions and briefs are filed in the record of each case. This creates a public record of a matter presented for the Court's consideration. *See In Re: Unsolicited Letters to Federal Judges*, 126 F. Supp. 2d 1073 (S.D. Ga. 2000).

3

adjusted gross income. *Id.* at 4. He also disclosed -- for the *first* time -- that he "was approved for unemployment on December 30, 201[3] in the amount of $319.00 per week." *Id.* at 1. Finally, he impliedly asks the Court to paw through his 37-page mass of 2011 to 2013 documents and distill his financial wherewithal.

That's not how the IFP evaluation process works. And when this Court asks a question, it is to be answered completely, truthfully, and forthrightly. The structure and flow of Kareem's latest filing (doc. 10 at 1-2) demonstrates that he is capable of typing out and *answering* each Court Interrogatory, and has been able to do so from the start. Yet, he has simply refused to do so. Already convicted (via guilty plea) for uttering a worthless check (*see* 1st attachment) and currently facing theft-by-conversion and contempt charges (*see* 2nd attachment), Kareem is reminded, should he continue file anything further in this case, that this Court does not tolerate any form of evasion or perjury.[3]

The undersigned reaffirms the prior Report and Recommendation. This case should be **DISMISSED.**

---

[3] *Colony Ins. Co. v. 9400 Abercorn, LLC*, 866 F. Supp. 2d 1376, 1378 n. 2 (S.D. Ga. 2012); *United States v. Dickerson*, CR608-36, doc. 1 (S.D. Ga. Dec. 11, 2008) (§ 2255 movant indicted for perjury for knowingly lying in his motion seeking collateral relief from his conviction); *id.*, doc. 47 (guilty verdict), *cited in Irick v. United States*, 2009 WL 2992562 at * 2 (S.D. Ga. Sept. 17, 2009).

4

**SO REPORTED AND RECOMMENDED** this 14TH day of May, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**



# Case Details

**State VS. KAREEM, RASHAD**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Magistrate |
| Case Number: | N02E865 |
| Case Type: | WORTHLESS CHECK-M |
| Judge: | JUDGE MICHAEL BARKER |
| Date Filed: | 12/30/2002 |
| Status: | CLOSED - GUILTY PLEA(N) |
| Disposition Date: | 2/28/2005 |
| Disposition: | GUILTY PLEA(N) |

### Defendant Information
| | |
|---|---|
| Name: | KAREEM, RASHAD |
| DIN: | S5018647 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 71 |
| Weight: | 230 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information
MARGARET Anne BOOCK
1699 CHATHAM PKWY 2014 B
SAVANNAH, GA
31405

### Bondsman Information
N/A

### Case Events
| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 9/23/2004 | 1:45PM | PAYMENT SCHEDULE | MICHAEL BARKER | FINAL DISPOSITION |
| 9/15/2004 | 1:45PM | PLEA HEARING | MICHAEL BARKER | GUILTY PLEA NEGOTIATED |

[Return to Top]

### Charges
| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-9-20 | DEPOSIT ACCOUNT FRAUD | 3 | * | 8/26/2004 | Guilty Plea Negotiated 9/15/2004 |

| Sentencing Details: | Description | Fine | Duration |
|---|---|---|---|
| | PUBLIX/ 13040 ABERCORN ST. | $312 | $312.00-RESTITUTION |
| | | $156.25 | $156.25-FINE |
| | 12 Months | NaN | -PRISON |

[Return to Top]

### Proceedings
| Date | Time | Code | | Judge | |
|---|---|---|---|---|---|
| 2/28/2005 | | FINANCIAL PAYMENT | | | FINE 98.25 G0189786 |
| 1/31/2005 | | FINANCIAL PAYMENT | | | FINE 58.00 G0189316 |
| 1/31/2005 | | FINANCIAL PAYMENT | | | CRRS 32.00 G0189316 |
| 12/13/2004 | | FINANCIAL PAYMENT | | | CRRS 90.00 G0188485 |
| 11/1/2004 | | FINANCIAL PAYMENT | | | CRRS 100.00 G0187687 |
| 10/1/2004 | | FINANCIAL PAYMENT | | | CRRS 90.00 G0187093 |
| 9/23/2004 | 1:45PM | PAYMENT SCHEDULE | FINAL DISPOSITION | MICHAEL BARKER | |
| 9/15/2004 | 1:45PM | PLEA HEARING | GUILTY PLEA NEGOTIATED | MICHAEL BARKER | 100.00/ MONTH |
| 8/31/2004 | | FRC | NW | | FINE FINE 91.75 00091362 11:23:31 |
| 8/31/2004 | | FRC | NW | | FINE SHSV 25.00 00091362 11:23:31 |
| 8/31/2004 | | FRC | NW | | FINE VAP 6.25 00091362 11:23:31 |
| 8/31/2004 | | FRC | NW | | FINE JCA 12.50 00091362 11:23:31 |
| 8/31/2004 | | FRC | NW | | FINE POT 12.50 00091362 11:23:31 |
| 8/31/2004 | | FRC | NW | | FINE SHRT 2.00 00091362 11:23:31 |

| 8/31/2004 | FRC | NW | | FINE POA 6.25 00091362 11:23:31 |
| 8/31/2004 | FRC | NW | | CRRS CRRS 312.00 00091361 11:23:18 A0998306 |
| 12/31/2002 | FINANCIAL PAYMENT | | | FFWF 10.00 G0152589 |
| 12/30/2002 | ARREST WARRANT ISSUED | ARREST WARRANT SERVED | | ## |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2014 - Chatham County Courts



## CHATHAM COUNTY, GA
## Eastern Judicial Circuit of Georgia

Home  Juvenile Court  Magistrate Court  Probate Court  Recorder's Court  State Court  Superior Court  Court Forms  Court Fees

May 07, 2014    Location: Case Details    Search...

- CASE LOOKUP
- COURT FORMS
- COURT FEES
- MAP & DIRECTIONS
- JURY SERVICES
- SITE SEARCH

## Case Details

### State VS. KAREEM, RASHAD

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR131258 |
| Case Type: | THEFT-F |
| Judge: | HON. PENNY H. FREESEMANN |
| Assistant District Attorney: | TIMOTHY RUFFINI |
| Date Filed: | 6/12/2013 |
| Status: | ACTIVE - |

### Defendant Information
| | |
|---|---|
| Name: | KAREEM, RASHAD |
| DIN: | S5018647 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 71 |
| Weight: | 230 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information
GILBERT L STACY
222 W OGLETHORPE AVE
SAVANNAH, GA
31401

### Bondsman Information
PAYLESS BAIL BONDS, L.L.C.
4307 OGEECHEE RD SUITE 104
Savannah, GA
31405

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 4/22/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 2/14/2014 | 09:30AM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 1/28/2014 | 2:30PM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | |
| 11/14/2013 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | |
| 11/12/2013 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 9/30/2013 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 8/12/2013 | 09:00AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 7/29/2013 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | ARREST WARRANT |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-8-4 | THEFT BY CONVERSION | 1 | FELONY | 9/20/2011 | |
| 16-1-4 | CONTEMPT OF COURT | 1 | * | 7/29/2013 2:54:59 PM | |

[Return to Top]

### Proceedings

| Date | Time | Description | | Judge | |
|---|---|---|---|---|---|
| 4/22/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 3/25/2014 | | DEFENDANTS DISCOVERY DISCLOSURE | | | |
| 2/25/2014 | | STATES DISC RESTRICTED ACCESS 35-3-38 | | | |
| 2/14/2014 | | PRETRIAL CONF SCHED ORDER | | | |
| 2/14/2014 | 09:30AM | PRETRIAL CONFERENCE | | PENNY FREESEMANN | |
| 1/28/2014 | 2:30PM | STATUS CONFERENCE HEARING | | PENNY FREESEMANN | |
| 11/14/2013 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | | PENNY FREESEMANN | |

| Date | Time | Event | Action | Judge | Notes |
|---|---|---|---|---|---|
| 11/12/2013 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 10/9/2013 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 10/9/2013 | | ENTRY OF APPEARANCE | | | FILED BY G. STACY/ |
| 9/30/2013 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 9/10/2013 | | PRO SE LETTER RECEIVED | | | |
| 9/6/2013 | | BOND ORDER | | | GRANTED $3,000/ |
| 9/3/2013 | | BOND HEARING | | | |
| 8/15/2013 | | ARREST WARRANT SERVED | | | SERVED 8-12-13/ |
| 8/12/2013 | 09:00AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 8/2/2013 | | ARREST WARRANT ISSUED | | | |
| 7/29/2013 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | ARREST WARRANT | PENNY FREESEMANN | |
| 6/12/2013 11:47:12 AM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 6/12/2013 | | ACCUSATION FILED - ENTERED | | | |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2014 - Chatham County Courts