IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RASHAD KAREEM, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-265
 )
HOME SOURCE RENTAL, )
 )
    Defendant. )
 )

### O R D E R

Before the Court is the Magistrate Judge's Supplemental Report and Recommendation (Doc. 11), to which no objections have been filed.[1] After a careful de novo review of the record, the Supplemental Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of June 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed objections (Doc. 10) to the Magistrate Judge's first Report and Recommendation (Doc. 8). The Magistrate Judge reviewed the financial information Plaintiff provided in those objections and issued the Supplemental Report and Recommendation (Doc. 11), to which Plaintiff did not object.